> The motion is granted. The response is due on or before April 7, 2023. Any reply is due on or before April 14, 2023.
>
> *Eli Richardson*

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **NASHVILLE SUPERGROUP, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**GARY W. BRIDGES AND FEARLESS STUDIOS, INC.,**<br><br>    Defendants. | Case No. 3:22-cv-00824<br><br>Judge Richardson<br>Magistrate Judge Frensley<br><br>JURY DEMAND |

## GARY W. BRIDGES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO NASHVILLE SUPERGROUP, LLC'S MOTION TO DISMISS GARY W. BRIDGES' AMENDED COUNTERCLAIM

Defendant, Gary W. Bridges, respectfully moves the Court to extend his time to respond to Plaintiff's pending motion to dismiss (Doc. 40) by ten days, from March 28, 2023 to **April 7, 2023**. Counsel have conferred, and this request for an extension of time is **unopposed**.

Good cause supports the requested extension. Due to pressing deadlines and activity in other litigation matters, counsel for Mr. Bridges require a short extension of time in order to prepare a response to Plaintiff's pending motion.